IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUSTIN BARROW                                                                                           PLAINTIFF

VS.                                          CASE NO. 6:13-CV-6106

CAPTAIN RONNIE BRANSTETTER
and DEPUTY C. DELAHUNT                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 19, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 27). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 19) be granted.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion for Summary Judgment (ECF No. 19) is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge